IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIJAH McNEIL, | ) |
| | ) Civil Action |
| Plaintiff | ) No. 08-cv-01075 |
| | ) |
| vs. | ) |
| | ) |
| THE CITY OF EASTON; | ) |
| POLICE OFFICER PETER GUERRIER, | ) |
| POLICE OFFICER ANTHONY CHANEY, | ) |
| POLICE OFFICER DARREN SNYDER, | ) |
| POLICE LT. DAVID BEITLER, | ) |
|   In Their Official Capacities | ) |
|   As Employees Of The | ) |
|   Easton Police Department, | ) |
| | ) |
| Defendants | ) |

## O R D E R

NOW, this 10th day of March, 2010, upon consideration of Defendants' Motion for Summary Judgment and the Brief in Support of Defendants' Motion for Summary Judgment, which motion and brief were filed April 30, 2009; upon consideration of plaintiff's Affirmation in Opposition and Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, which affirmation and memorandum were filed May 15, 2009; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that Defendants' Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that plaintiff's amended Complaint filed June 16, 2008 is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge